IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OXBOW CARBON & MINERALS LLC, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | )  Civil Action No.: 11-cv-01049 PLF |
| UNION PACIFIC RAILROAD COMPANY; *et al.*, | ) ) ) ) |
| Defendants. | ) |

## MOTION FOR THE *PRO HAC VICE* ADMISSION OF DAVID BOIES

Counsel for Plaintiffs Oxbow Carbon & Minerals LLC, Oxbow Mining LLC, Oxbow Calcining International LLC, Oxbow Midwest Calcining LLC Oxbow Calcining LLC and Terror Creek LLC (collectively "Oxbow"), pursuant to LCvR 83.2, moves for the admission *pro hac vice* of David Boies for the purpose of filing papers, appearing before this Court and otherwise representing Oxbow in this action. The motion is supported by the attached Declaration of David Boies. In further support of this motion, counsel states as follows:

1.  David Boies is a member in good standing of the New York State Bar. David Boies has been licensed to practice law in the State of New York (1967), in the Eastern District of New York (1981), the Southern District of New York (1991), the United States Supreme Court (1974), the United States District Court, District of Colorado (2000), the United States Court of International Trade (1982), the United States Court of Appeals for the First Circuit (2006), Second Circuit (1967), Third Circuit (1995), Fourth Circuit (2001), Fifth Circuit (2009), Sixth Circuit (2003), Seventh Circuit (2002), Ninth Circuit (1972), Tenth Circuit (1973), Eleventh Circuit (2009), Federal Circuit (2001) and D.C. Circuit (1985).

2. If admitted, David Boies will represent Oxbow in this action together with John R. Gerstein, a partner at Troutman Sanders LLP, 401 9th Street, N.W., Suite 1000, Washington, D.C. 20004-2134. Mr. Gerstein has been licensed in and is a member in good standing of the District of Columbia Bar, and is admitted to practice before this Court.

3. With reference to all matters incident to this action, David Boies agrees to be subject to the orders and amenable to the disciplinary action and civil jurisdiction of the United States District Court for the District of Columbia in all respects as if he was regularly admitted and a licensed member of this Court in good standing.

This the 3rd day of August, 2011                Respectfully submitted,


                                                /s/ John R. Gerstein
                                                John R. Gerstein, D.C. Bar No. 913228
                                                Merril Hirsh, D.C. Bar No. 366952
                                                TROUTMAN SANDERS LLP
                                                401 9th Street, NW, Suite 1000
                                                Washington, DC 20004-2134
                                                Telephone: (202) 274-2950


                                                /s/ David Boies
                                                David Boies
                                                BOIES, SCHILLER & FLEXNER LLP
                                                333 Main Street
                                                Armonk, NY 10504
                                                Telephone: (914) 749-8201


*Attorneys for Plaintiffs Oxbow Carbon & Minerals LLC; Oxbow Mining, LLC, Oxbow Calcining International LLC; Oxbow Midwest Calcining LLC; Oxbow Calclining LLC; and Terror Creek LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 3rd day of August, 2011, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to counsel of record. I also sent notification of such filing by U.S. Mail, postage prepaid to:

Richard J. Favretto, Esq.
Gary A. Winters, Esq.
MAYER BROWN LLP
1999 K St., N.W.
Washington, DC 20006
*Attorneys for Defendant BNSF Railway Company*

Alan M. Wiseman, Esq.
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., N.W.
Washington, D.C. 20004
*Attorneys for Defendant Union Pacific Railroad Company*

Tyrone R. Childress, Esq.
JONES DAY LLP
555 South Flower St.
Los Angeles, CA 90071
*Attorneys for Defendant Union Pacific Railroad Company*

/s/ John R. Gerstein