UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OXBOW CARBON & MINERALS LLC, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 1:11-cv-01049 (PLF) ) |
| UNION PACIFIC RAILROAD COMPANY, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## JOINT MOTION FOR A SCHEDULING ORDER

Plaintiffs Oxbow Carbon & Mineral LLC, Oxbow Mining, LLC, Oxbow Calcining International LLC, Oxbow Midwest Calcining LLC, Oxbow Calcining LLC, and Terror Creek LLC (collectively "Oxbow") and defendants Union Pacific Railroad Company and BNSF Railway Company ("defendants") respectfully move that this Court issue an order setting a deadline for amending the complaint pursuant to Fed. R. Civ. P. 15 and for defendants to submit a responsive pleading or move to dismiss pursuant to Fed. R. Civ. P. 12.  Under the proposed schedule,

- Plaintiffs will file their amended complaint on May 1, 2013;

- Defendants will answer or move to dismiss the complaint on July 1, 2013;

- If defendants move to dismiss, plaintiffs' opposition will be due on August 30, 2013, and defendants' reply brief will be due on October 15, 2013.

This motion is made for good cause as set forth in the accompanying memorandum of points and authorities.

March 7, 2013                                              Respectfully submitted,

TROUTMAN SANDERS LLP                                       BOIES SCHILLER & FLEXNER LLP
                                                           David Boies
   /s/  John R. Gerstein                                   333 Main Street
John R. Gerstein, D.C. Bar No. 913228                      Armonk, NY 10504
Merril Hirsh, D.C. Bar No. 366952                          Telephone: (914) 749-8201
901 9th Street, NW, Suite 1000
Washington, DC 20004-2134                                  Robert Silver
Telephone:  (202) 274-2950                                 575 Lexington Avenue
                                                           New York, NY 10022
Barry J. Brett                                             Telephone: (212) 446-2394
Daniel N. Anziska
405 Lexington Avenue                                       Samuel Kaplan, D.C. Bar No. 463350
New York, NY 10174                                         5301 Wisconsin Ave., NW, Suite 800
Telephone: (212) 704-6000                                  Washington, DC 20015
                                                           Telephone: (202) 237-2727
Fletcher Paddison
11682 El Camino Real, Suite 400
San Diego, CA 92130-2092
Telephone: (858) 509-6007

Attorneys for Plaintiffs
OXBOW CARBON & MINERALS LLC; OXBOW MINING, LLC; OXBOW CALCINING
INTERNATIONAL LLC; OXBOW MIDWEST CALCINING LLC;
OXBOW CALCINING LLC; AND TERROR CREEK LLC

Dated:  March 7, 2013                    __/s/ Bradley S. Phillips _____
                                           Henry Weissmann
                                           Bradley S. Phillips
                                           MUNGER, TOLLES & OLSON LLP
                                           355 S. Grand Avenue, Suite 3500
                                           Los Angeles, CA  90071
                                           Telephone:     (213) 683-9100
                                           (admitted pro hac vice)

                                           Richard J. Favretto (DC Bar No. 156588)
                                           Michael Lackey (DC Bar No. 443362)
                                           MAYER BROWN LLP
                                           1999 K Street, N.W.
                                           Washington, D.C.   20006
                                           Telephone:     (202) 263-3000

                                           Attorneys for Defendant
                                           BNSF RAILWAY COMPANY


Dated:  March 7, 2003                    _____/s/ John M. Majoras_____

                                           John M. Majoras (DC Bar No. 474267)
                                           Kristen Lejnieks (DC Bar No. 502136)
                                           JONES DAY
                                           51 Louisiana Avenue, NW
                                           Washington, D.C. 20001-2113
                                           Telephone:     (202) 879-3939

                                           Tyrone R. Childress
                                           David G. Meyer
                                           JONES DAY
                                           555 South Flower Street
                                           Fiftieth Floor
                                           Los Angeles, CA  90071-2300
                                           Telephone:     (213) 489-3939

                                           Alan M. Wiseman (DC Bar No. 187971)
                                           Michael L. Rosenthal (DC Bar No. 446216)
                                           COVINGTON & BURLING LLP
                                           1201 Pennsylvania Avenue, NW
                                           Washington, D.C. 20004-2401
                                           Telephone:     (202) 662-5069

                                           Attorneys for Defendant
                                           UNION PACIFIC RAILROAD COMPANY

## **CERTIFICATE OF SERVICE**

I, John R. Gerstein, certify that on 7th day of March 2013, I electronically filed the foregoing Joint Motion for a Scheduling Order, Memorandum of Points and Authorities in support thereof and proposed Order with the Clerk of the U.S. District Court for the District of Columbia using the CM/ECF system, which will in turn send a notice of this electronic filing to all counsel.

    /s/  John R. Gerstein