**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| OXBOW CARBON & MINERALS LLC, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>)<br>) No. 1:11-cv-1049 (PLF) |
| v. | )<br>)<br>) |
| UNION PACIFIC RAILROAD COMPANY, et al., | )  **ORAL ARGUMENT REQUESTED**<br>)<br>) |
| Defendants. | )<br>) |

**DEFENDANT UNION PACIFIC RAILROAD COMPANY'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

Pursuant to Rule 12(b) (6) of the Federal Rules of Civil Procedure, Defendant Union Pacific Railroad Company ("Union Pacific") hereby moves this Court to dismiss and/or strike the claims in Plaintiffs' First Amended Complaint ("FAC") for failure to state a claim upon which relief may be granted, and for such other and further relief as may be just and proper, as follows:

1)   With respect to Count 1 of the FAC, Union Pacific moves to dismiss or strike Plaintiffs' claim that Union Pacific and Defendant BNSF Railway Company ("BNSF") conspired to fix their fuel surcharges for shipments of coal;

2)   Union Pacific moves for the dismissal of all the claims of Plaintiffs Oxbow Mining, LLC; Oxbow Midwest Calcining LLC; Oxbow Calcining LLC; and Terror Creek LLC, for lack of standing; and,

2)   With respect to Counts 2 through 4 of the FAC, Union Pacific moves to dismiss each count in its entirety.

Union Pacific is concurrently submitting a Memorandum of Points and Authorities in support of this motion.

Union Pacific respectfully requests that oral argument be heard on this motion.

Dated: July 1, 2013

                                        Respectfully submitted,

                                          /s/ John M. Majoras
                                        John M. Majoras
                                        Kristen A. Lejnieks
                                        JONES DAY
                                        51 Louisiana Avenue, NW
                                        Washington, D.C. 20001-2113
                                        Telephone     (202) 879-3939

                                        Tyrone R. Childress
                                        David G. Meyer
                                        JONES DAY
                                        555 South Flower Street
                                        Fiftieth Floor
                                        Los Angeles, CA  90071-2300
                                        Telephone:     (213) 489-3939

                                        Alan M. Wiseman
                                        Michael L. Rosenthal
                                        COVINGTON & BURLING LLP
                                        1201 Pennsylvania Avenue, NW
                                        Washington, D.C. 20004-2401
                                        Telephone:     (202) 662-5069

                                        Attorneys for Defendant
                                        UNION PACIFIC RAILROAD COMPANY

LAI-3194911v2

## CERTIFICATE OF SERVICE

I, John M. Majoras, certify that on July 1, 2013, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to counsel for all parties.

        /s/John M. Majoras      
        John M. Majoras