**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| OXBOW CARBON & MINERALS LLC, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>UNION PACIFIC RAILROAD COMPANY, *et al.*, )<br>)<br>Defendants. )<br>) | Case No. 1:11-cv-01049 (PLF) |

**JOINT MOTION TO RESCHEDULE DECEMBER 11, 2014
ORAL ARGUMENT ON DEFENDANTS' MOTION TO DISMISS**

Pursuant to LCvR 7 and LCvR 16.1(b), Plaintiffs, Oxbow Carbon & Minerals LLC, Oxbow Calcining LLC, Oxbow Mining, LLC, Oxbow Midwest Calcining LLC and Terror Creek LLC, and defendants Union Pacific Railroad Company and BNSF Railway Company, collectively, "the parties," respectfully move that this Court reschedule the December 11, 2014 oral argument scheduled by order of this Court dated October 10, 2014.  The grounds for this motion are that counsel on both sides of the case have scheduling conflicts on December 11, 2014.  The parties have conferred and the soonest date thereafter that counsel for all parties are available is January 8, 2015.  The parties have also determined that January 8, 2015 is the only date in January that counsel for each party is available.

WHEREFORE, for reasons set forth above, the parties respectfully request that the oral argument scheduled for December 11, 2014 be rescheduled to January 8, 2015.

| | |
|---|---|
| Dated:  October 14, 2014 | Respectfully submitted, |
| BOIES SCHILLER & FLEXNER LLP | TROUTMAN SANDERS LLP |
| |   /s/ John R. Gerstein |
| David Boies, *admitted pro hac vice* | John R. Gerstein, D.C. Bar No. 913228 |
| 333 Main Street | Merril Hirsh, D.C. Bar No. 366952 |
| Armonk, NY 10504 | TROUTMAN SANDERS LLP |
| Telephone:  (914) 749-8201 | 401 9th Street, NW, Suite 1000 |
| | Washington, DC 20004-2134 |
| | Telephone:  (202) 274-2950 |
| Robert Silver, *admitted pro hac vice* | Fletcher Paddison |
| Ellen Brockman | 11682 El Camino Real, Suite 400 |
| Mathew Schutzer | San Diego, CA 92130-2092 |
| John Nicolaou | Telephone: (858) 509-6007 |
| 575 Lexington Avenue | |
| New York, NY 10022 | |
| Telephone:  (212) 446-2394 | |
| Samuel Kaplan, D.C. Bar No. 463350 | ***Attorneys for Plaintiffs*** |
| 5301 Wisconsin Ave., NW, Suite 800 | ***OXBOW CARBON & MINERALS LLC;*** |
| Washington, DC 20015 | ***OXBOW MINING, LLC, OXBOW*** |
| Telephone:  (202) 237-2727 | ***MIDWEST CALCINING LLC; OXBOW*** |
| | ***CALCLINING LLC; AND*** |
| | ***TERROR CREEK LLC*** |
| | MUNGER TOLLES & OLSON |
| |   /s/ Bradley S. Phillips |
| | Bradley S. Phillips, *admitted pro hac vice* |
| | Henry Weissmann, *admitted pro hac vice* |
| | 355 South Grand Avenue, Suite 3500 |
| | Los Angeles, CA 90071 |
| | Telephone:  (213) 683-9100 |
| | ***Attorneys for defendant*** |
| | ***BNSF RAILWAY COMPANY*** |

JONES DAY

/s/ Tyron R. Childress
Tyron R. Childress
David G. Meyer
Carolyn A. Woodson
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071-2300
Telephone:  (213) 489-3939


John M. Majoras, D.C. Bar No. 474267
Kristen A. Lejnieks, D.C. Bar No. 502136
51 Louisiana Avenue, NW
Washington, DC 20001
Telephone:  (202) 879-3939

Alan M. Wiseman, D.C. Bar No. 187971
Michael L. Rosenthal
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Wasingotn, DC 20004-24091
Telephone: (202) 662-5069

*Attorneys for Defendant*
*UNION PACIFIC RAILROAD COMPANY*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of October, 2014, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

                                          /s/ John R. Gerstein
                              John R. Gerstein, D.C. Bar No. 913228
                              901 9th Street, NW, Suite 1000
                              Washington, DC 20004-2134
                              Telephone: (202) 274-2950