**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| OXBOW CARBON & MINERALS LLC, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNION PACIFIC RAILROAD COMPANY and BNSF RAILWAY COMPANY,<br><br>　　　　　　　Defendants. | Civil Action No. 11-cv-1049-PLF<br><br>**NOTICE OF FILING OF SECTION 10706 MOTION** |

　　　　The Court ordered defendants in MDL No. 1869, Misc. No. 07-489 ("MDL Action") and in this action ("*Oxbow* Action") to file "their motion and/or memorandum of law supplementing their previous Section 10706 filings" on or before February 21, 2020. Memorandum Opinion and Order at 3, ECF No. 163 (December 19, 2019). Consistent with that Order, on February 21, 2020, Defendants in the MDL Action filed a Motion & Memorandum Of Law Regarding The Interpretation And Application Of 49 U.S.C. § 10706 and supporting documents ("Section 10706 Motion") in the docket for the MDL Action, and are serving the Section 10706 Motion on the Plaintiffs in the *Oxbow* Action.

　　　　Defendants in the *Oxbow* Action file this Notice to incorporate the Section 10706 Motion in this action and to notify all parties and the Court of the filing of the Section 10706 Motion.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:  February 21, 2020

/s/ John M. Majoras
John M. Majoras (D.C. Bar # 474267)
Kristen A. Lejnieks (D.C. Bar # 502136)
JONES DAY
51 Louisiana Avenue, NW
Washington, D.C. 20001-2113
Telephone: (202) 879-3939

Tyrone R. Childress (admitted *pro hac vice*)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA  90071-2300
Telephone: (213) 489-3939

*Attorneys for Defendant Union Pacific Railroad Company*

Dated:  February 21, 2020

/s/ Glenn D. Pomerantz
Glenn D. Pomerantz
Kuruvilla J. Olasa (*pro hac vice* application pending)
MUNGER, TOLLES & OLSON LLP
350 S. Grand Avenue, 50th Fl.
Los Angeles, CA 90071
Telephone: (213) 683-9100

*Attorneys for Defendant BNSF Railway Company*