**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| OXBOW CARBON & MINERALS LLC, et al.,<br><br>                  Plaintiffs,<br><br>    v.<br><br>UNION PACIFIC RAILROAD COMPANY and BNSF RAILWAY COMPANY,<br><br>                  Defendants. | Civil Action No. 11-cv-1049-PLF<br><br>Judge: Hon. Paul L. Friedman |

## NOTICE OF FILING UNDER SEAL

TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on May 21, 2020, Defendants BNSF Railway Company and Union Pacific Railway Company filed Defendants' Notice of Filing of Section 10706 Reply Brief and exhibits thereto under seal with the Clerk pursuant to the Order of the Court dated June 21, 2018 (Dkt. No. 142).

                                                                    Respectfully submitted,

Dated: May 21, 2020

                                            */s/ Glenn D. Pomerantz*
                                            Glenn D. Pomerantz
                                            Kuruvilla J. Olasa
                                            MUNGER, TOLLES & OLSON LLP
                                            350 S. Grand Avenue, 50th Fl.
                                            Los Angeles, CA 90071
                                            Telephone: (213) 683-9100

                                            *Counsel for Defendant BNSF Railway Company*