**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| OXBOW CARBON & MINERALS LLC, et al.,<br><br>                 Plaintiffs,<br>     v.<br><br>UNION PACIFIC RAILROAD COMPANY and BNSF RAILWAY COMPANY,<br><br>                 Defendants. | Civil Action No. 11-cv-1049 (PLF/GMH)<br><br>**NOTICE OF FILING OF SUPPLEMENTAL BRIEF IN RESPONSE TO STATEMENT OF INTEREST** |

      On March 16, 2020, the Court issued an order in the above referenced matter ("Oxbow Action"), and the related MDL Docket No. 1869, Misc. No. 07-489 (PLF/AK/GMH) ("MDL Action") inviting the United States "to submit a statement of interest in this case with respect to the interpretation and application of 49 U.S.C. § 10706" ("Statement of Interest"). (ECF No. 185). Pursuant to that Order and a Court-granted extension (ECF No. 199), the United States submitted its Statement of Interest on July 13, 2020. (ECF No. 203). The Court ordered Plaintiffs and Defendants in the Oxbow and MDL Actions to respond to the United States' Statement of Interest by August 3, 2020. (ECF Nos. 185 and 199).

      Consistent with the Court's Order, Plaintiffs in the Oxbow and MDL Actions jointly filed Plaintiffs' Supplemental Brief in Response to the United States' Statement of Interest Regarding the Meaning of 49 U.S.C. § 10706(a)(3)(B)(iii) ("Plaintiffs' Statement of Interest Response") in the docket for the MDL Action, and are serving Plaintiffs' Statement of Interest Response on Defendants in the Oxbow and MDL Actions. Oxbow files this Notice to incorporate and adopt Plaintiffs' Statement of Interest Response in this action and to notify all parties and the Court of the filing of Plaintiffs' Statement of Interest Response.

                                                                     Respectfully submitted,

| | |
|---|---|
| Dated:  August 3, 2020 | *s/Meegan Hollywood* |
| | Hollis Salzman (D.C. Bar No. NY0207) |
| | Eamon O'Kelly (admitted *pro hac vice*) |
| | Meegan Hollywood (D.C. Bar No. NY4563185) |
| | **ROBINS KAPLAN LLP** |
| | 399 Park Avenue, Suite 3600 |
| | New York, NY 10022 |
| | Phone: (212) 980-7400 |
| | Fax:  (212) 980-7499 |
| | hsalzman@robinskaplan.com |
| | eokelly@robinskaplan.com |
| | mhollywood@robinskaplan.com |
| | |
| | *Attorneys for Plaintiffs Oxbow Carbon & Minerals LLC; Oxbow Mining, LLC; Oxbow Midwest Calcining LLC; Oxbow Calcining LLC; and Terror Creek* |