UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION )<br>)<br>)<br>)<br>This document relates to: )<br>)<br>ALL DIRECT PURCHASER CASES )<br>)<br>OXBOW CARBON & MINERALS LLC, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNION PACIFIC RAILROAD CO., et al., )<br>)<br>Defendants. )<br>) | MDL Docket No. 1869<br>Miscellaneous No. 07-0489 (PLF)<br><br><br><br><br>Civil Action No. 11-1049 (PLF) |

ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that Defendants' Motion to Exclude Interline-Related Communications from Consideration for Class Certification or Any Other Purpose Prohibited by 49 U.S.C. § 10706 [Dkt. No. 417] and Defendants' Motion and Memorandum of Law Regarding the Interpretation and Application of 49 U.S.C. § 10706 [Dkt. No. 927] are DENIED.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: February 19, 2021