IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OXBOW CARBON & MINERALS LLC, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNION PACIFIC RAILROAD CO., et al.,<br><br>*Defendants*. | Civil Action No. 11-1049 (PLF) |

**PARTIES' SUPPLEMENTAL JOINT STATUS REPORT
IN RESPONSE TO THE COURT'S ORDER OF JULY 13, 2022**

Defendants and Plaintiffs, by and through their respective counsel, hereby submit the following supplemental joint status report in response to this Court's order of July 13, 2022 in *In re Rail Freight Fuel Surcharge Antitrust Litigation*, MDL No. 1869 ("*MDL I*") directing the parties to provide "information regarding the status of the related cases before Chief Judge Howell and providing the Court with a schedule for how Chief Judge Howell is deciding summary judgment and other related matters." Minute Order (Jul. 13, 2022).

The current schedule in the proceedings before Chief Judge Howell in *In re Rail Freight Fuel Surcharge Antitrust Litig. (No. II)* ("*MDL II*"), MDL No. 2925, Misc. No. 20-00008 (BAH) (D.D.C.), was set approximately one year ago. It is as follows:

1. By **October 1, 2022**, all fact discovery shall be completed;

2. By **November 1, 2022**, plaintiffs shall serve initial expert disclosures;

3. By **February 15, 2023**, defendants shall serve opposition expert disclosures;

4. By **May 16, 2023**, plaintiffs shall serve rebuttal expert disclosures; and

1

> 5. By **May 30, 2023,** the parties shall file a joint status report proposing a schedule for further proceedings, including any anticipated motions; and it is further
>
> **ORDERED** that the parties are **DIRECTED** to submit, by September 7, 2021, and every twelve weeks thereafter, a joint status report regarding the status of this litigation, including the numbers of depositions noticed, completed, and anticipated.

Dkt. No. 676, at 4-5, *MDL II* (July 6, 2021).

The parties in *MDL II* have raised various discovery-related issues in the periodic status reports required by Chief Judge Howell, but no motions are currently pending in *MDL II*. No schedule for summary judgment or other related matters has been set in *MDL II*; rather, under Chief Judge Howell's order, the parties in MDL II are "[b]y May 30, 2023" ordered to "propos[e] a schedule for further proceedings, including any anticipated motions." Dkt. No. 676, at 4, *MDL II*.

In this Court, the parties have proposed a schedule to provide supplemental briefing and have argument on the pending summary judgment motions in *MDL I* and *Oxbow* at the Court's convenience, preferably in November or December 2022.

Dated: July 19, 2022

Respectfully submitted,

*/s/ John M. Majoras*
John M. Majoras (D.C. Bar No. 474267)
Kristen Lejnieks (D.C. Bar No. 502136)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001-2113
Phone: (202) 879-3939
jmmajoras@jonesday.com
kalejnieks@jonesday.com

Tyrone R. Childress
Kelsey S. Bryan (D.C. Bar No. 1034352)
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071-2300
Phone: (213) 489-3939
tchildress@jonesday.com
kbryan@jonesday.com

*Counsel for Defendant Union Pacific Railroad Company*

*/s/ Glenn D. Pomerantz*
Glenn D. Pomerantz
E. Martin Estrada
Kuruvilla J. Olasa
Anne K. Conley
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100
Glenn.Pomerantz@mto.com
Martin.Estrada@mto.com
Kuruvilla.Olasa@mto.com
Anne.Conley@mto.com

Linda S. Stein (D.C. Bar No. 376217)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000
lstein@steptoe.com

Benjamin J. Horwich
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Ben.Horwich@mto.com

Jacobus P. van der Ven (D.C. Bar No. 1644774)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500 East
Washington, DC 20001
Telephone: (202) 220-1100
Jacobus.vanderven@mto.com

Joshua H. Soven (D.C. Bar No. 436633)
PAUL, WEISS, RIFKIND,
    WHARTON & GARRISON LLP
2001 K Street NW
Washington, DC 20006
Telephone: (202) 223-7482
jsoven@paulweiss.com

*Counsel for Defendant BNSF Railway Company*

| | |
|---|---|
| */s/ Meegan Hollywood* | Stephen P. Safranski |
| Meegan Hollywood | ROBINS KAPLAN LLP |
| ROBINS KAPLAN LLP | 800 LaSalle Avenue |
| 1325 Avenue of the Americas, Suite 2601 | Suite 2800 |
| New York, NY 10022 | Minneapolis, MN 55402 |
| Telephone: (212) 980-7400 | Telephone: (612) 349-8500 |
| Facsimile: (212) 980-7499 | Facsimile: (612) 339-4181 |
| E-mail: mhollywood@robinskaplan.com | E-mail: SSafranski@RobinsKaplan.com |

Roman M. Silberfeld
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
Email: RSilberfeld@RobinsKaplan.com

*Counsel for Plaintiffs Oxbow Carbon & Minerals LLC, Oxbow Mining, LLC, Oxbow Midwest Calcining LLC, Oxbow Calcining LLC, and Terror Creek LLC*